# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :    No. 326 Common Pleas

                                  :

APPOINTMENT OF ADMINISTRATIVE   :    Judicial Classification Docket
JUDGE OF THE FAMILY COURT         :
DIVISION OF THE FIRST JUDICIAL       :
DISTRICT OF PENNSYLVANIA            :
                                    :
                                    :
                                    :
                                    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of November, 2014, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Margaret Theresa Murphy is hereby appointed as Administrative Judge of the Family Court Division of the First Judicial District of Pennsylvania for a period of three years or at the pleasure of the Court, effective December 1, 2014. It is further ordered that Judge Murphy shall continue with her current assignment as Supervising Judge, Domestic Relations, in the Family Court Division of the First Judicial District of Pennsylvania to the extent feasible and so long as that assignment does not interfere with her administrative duties.